DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

FILED'06 FEB 27 10:08USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Lael Willcoxon-Wilson<br><br>**Plaintiff,**<br><br>vs.<br><br>Commissioner of Social Security<br><br>**Defendant.** | Civil No. 04-cv-1891-MO<br><br>ORDER GRANTING AWARD<br>OF EAJA FEES |

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $5.07, costs in the amount of $14.20, and attorney's fees in the amount of $4719.50 for total in the amount of $4738.77, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

Done this 24 day of February, 2006.

_____
Judge

Page 1 - ORDER GRANTING AWARD OF EAJA FEES