DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Lael Willcoxon-Wilson

          **Plaintiff,**

vs.

          Civil No. 04-cv-1891-MO

**Commissioner of Social Security**

          **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

    Pursuant to Stipulation, and good cause appearing therefore,

    IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for total attorney's fees in the amount of **$4251** pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

    Done this 20 day of December, 2006.

                  _/s/ Michael W. Mosman_
                  Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**